Peter Strojnik,
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone:  (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Case No. 18   CV   1832 MAT

| | |
|---|---|
| Peter Strojnik, | **VERIFIED COMPLAINT** |
| Plaintiff, | **1. Americans with Disabilities Act** |
| | **2. Negligence** |
| vs. | **JURY TRIAL REQUESTED** |
| Seattle Hotel Group, LLC  dba Four Seasons Seattle | |
| Defendant. | |

1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42 U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department of Justice Standards for Accessible Design ("ADA") and (2) common law of negligence per se.

## PARTIES

2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA.

3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is and, at all times relevant hereto has been, legally disabled by virtue of a severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer and renal cancer, degenerative right knee and is therefore a member of a protected class under the ADA.

4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities.  Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public

accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5. Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 99 Union Street, Seattle WA 98101 which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A) which offers public lodging services *See* 28 CFR §36.104 and a listing of public accommodations in 42 U.S.C. §12181(7).

## JURISDICTION

6. District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

7. Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C. §12188 and 28 CFR §36.501.

8. This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

9. Venue is proper pursuant to 28 U.S.C. § 1391.

10. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

11. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA compliant as such compliance relates to Plaintiff's disability.

12. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a plaintiff who is deterred from patronizing a store suffers the ongoing actual injury of lack of access to the Hotel.

## COUNT ONE

Violation of Plaintiff's Civil Rights under the ADA

13. Plaintiff realleges all allegations heretofore set forth.

14. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

15. Plaintiff intended to vacation in Washington and therefore, reviewed vacation booking websites as documented in Addendum A.

16. Air booking websites took Plaintiff to third party hotel booking websites as documented in Addendum A.

17. Plaintiff became aware that third party booking websites disclosed general availability and description of Defendant's Hotel. Third Party booking websites referenced here are more fully documented in Addendum A which is by this reference incorporated herein.

18. Third party booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

19. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

20. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented. *See* Addendum A.

21. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

22. Because third and first party booking agents failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations

3

service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs Plaintiff declined to book a room there and because Plaintiff was unable to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms, Plaintiff declined to book a room there.

23. Plaintiff thereafter reviewed Defendant's online information relating to accessibility or lack thereof, including in particular photographs of the amenities at the Hotel all as more fully documented in Addendum A.

24. Online information relating to accessibility or lack thereof disclosed Defendant's non-compliance with architectural barriers to accessibility as more fully documented in Addendum A.

25. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

26. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

27. As a result of the deficiencies described above, Plaintiff declined to book a room at Defendant's Hotel and instead booked a room elsewhere.

28. The removal of accessibility barriers listed above is readily achievable.

29. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

    A. Relief described in 42 U.S.C. §2000a – 3; and

    B. Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

    C. Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

4

D. Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

E. Equitable nominal damages; and

F. For costs, expenses and attorney's fees; and

G. All remedies provided for in 28 C.F.R. 36.501(a) and (b).

## COUNT TWO
Negligence

30. Plaintiff realleges all allegations heretofore set forth.

31. Defendant had a duty to Plaintiff to remove ADA accessibility barriers so that Plaintiff as a disabled individual would have full and equal access to the Hotel.

32. Defendant breached this duty.

33. Defendant's knowing and intentional discrimination against Plaintiff reinforces above forms of discrimination, causing Plaintiff damage.

34. Defendant's knowing and intentional discrimination has relegated Plaintiff to an inferior status in society, causing Plaintiff damage.

35. Defendant's knowing and intentional unfair and unnecessary discrimination against Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.

36. Defendant's breach of duty caused Plaintiff damages including, without limitation, the feeling of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial.

37. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and outrageous conduct.

38. The ADA has been the law of the land since 1991, but Defendant engaged in a conscious action of a reprehensible character, that is, Defendant denied Plaintiff his civil rights, and cause him damage by virtue of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial

39. Defendant either intended to cause injury to Plaintiff or defendant consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to Plaintiff.

40. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial sufficient, however, to deter this Defendant and others similarly situated from pursuing similar acts.

**WHEREFORE,** Plaintiff prays for relief as follows:

    A. For finding of negligence; and

    B. For damages in an amount to be proven at trial; and

    C. For punitive damages to be proven at trial; and

    D. For such other and further relief as the Court may deem just and proper.

### REQUEST FOR TRIAL BY JURY

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

### VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and/or belief.

RESPECTFULLY SUBMITTED this 13th day of December, 2018.

**PETER STROJNIK**

Plaintiff

# ADDENDUM A



**ADA VIOLATIONS**
**3RD PARTY BOOKING WEBSITE - HOTELS.COM**

Main amenities

- ✓ 147 smoke-free guestrooms
- ✓ Restaurant and bar/lounge
- ✓ Full-service spa
- ✓ Outdoor pool
- ✓ Breakfast available
- ✓ 24-hour fitness center
- ✓ Free WiFi
- ✓ Valet parking
- ✓ 24-hour business center
- ✓ Limo/town car service
- ✓ 24-hour front desk
- ✓ Air conditioning
- ✓ Daily housekeeping

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

About Four Seasons Hotel Seattle, Seattle

Luxury hotel with infinity pool, 1 block from Pike Place

Pike Place Market and art

Four Seasons Hotel Seattle is in downtown Seattle, a block south of Pike Place Market and across the street from Seattle Art Museum. You can stroll 10 minutes south to reach Pioneer Square and 10 minutes northeast for shopping at Pacific Place mall and Nordstrom.

Sea life and Ferris wheel

You can see the sea otters and harbor seals frolic at the Seattle Aquarium, situated on Elliott Bay a 5-minute walk west of the hotel. The views of the bay and the city are spectacular from the waterfront Great Wheel, a Ferris wheel, a 5-minute walk southwest.

Rooftop pool, day spa

Overlooking Elliott Bay and open year-round, the rooftop terrace features an infinity-edge pool, hot tub, poolside service in summer, and an outdoor fireplace in winter. The hotel also has a 24-hour fitness center, day spa, cocktail lounge, and restaurant with Pacific cuisine.

Bay or city views

Decorated in a sophisticated Northwest style, the 147 guestrooms feature floor-to-ceiling windows with bay or city views. You can settle back on premium bedding and watch a DVD on the 42-inch plasma TV or go online via free WiFi. Marble baths include mirrors with integrated TVs.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

Key facts

Hotel size

- This hotel has 147 rooms
- This hotel is arranged over 10 floors

Arriving/leaving

- 95% of customers were happy with check-in
- Check-in time starts at 3 PM
- Check-out time is noon
- Express check-in

Required at check in

- Credit card deposit required
- Government-issued photo ID required
- Minimum check-in age is 18

Travelling with others

Children

- ✓ Children (17 years old and younger) stay free when occupying the parent or guardian's room, using existing bedding

Pets

- ✓ Pets allowed *
- ✓ Up to 20 lb

Internet

- ✓ Free WiFi in public areas
- ✓ Free WiFi in rooms

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

| In the hotel | |
|---|---|
| Food and drink | Cooked-to-order breakfast daily (surcharge)  |  Restaurant  |  Bar/lounge  |  Poolside bar  |  24-hour room service |
| Things to do | Bicycle rentals nearby  |  Ecotours nearby  |  Golf lessons available nearby  |  Golfing nearby  |  Hiking/biking trails nearby  |  Kayaking nearby  |  Mountain biking nearby  |  Sailing nearby  |  Scooter/moped rentals nearby  |  Segway rental/tour nearby  |  Water skiing nearby |
| Working away | 24-hour business center  |  Conference space  |  Meeting rooms  |  Conference space size (feet) -  |  Conference space size (meters) - |
| Services | 24-hour front desk  |  Concierge services  |  Tours/ticket assistance  |  Limo or Town Car service available  |  Dry cleaning/laundry service  |  Laundry facilities  |  Luggage storage  |  Wedding services  |  Multilingual staff  |  Porter/bellhop |
| Facilities | Number of buildings/towers -  |  Elevator/lift  |  ATM/banking  |  Safe-deposit box at front desk |
| Accessibility | Accessible bathroom  |  In-room accessibility  |  Roll-in shower |
| Languages Spoken | Chinese  |  English  |  French  |  Spanish |

| Accessibility | Accessible bathroom  |  In-room accessibility  |  Roll-in shower |
|---|---|

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

| In the room | |
|---|---|
| Home comforts | In-room climate control (air conditioning)  |  Air conditioning  |  Minibar  |  Bathrobes  |  Slippers  |  Iron/ironing board |
| Sleep well | Hypo-allergenic bedding available  |  Down comforter  |  Blackout drapes/curtains  |  Turndown service  |  Pillowtop mattress |
| Things to enjoy | In-room massage available |
| Freshen up | Private bathroom  |  Separate bathtub and shower  |  Designer toiletries  |  Hair dryer |
| Be entertained | 48-inch plasma TV  |  Pay movies  |  Premium TV channels  |  iPod docking station  |  DVD player  |  Video-game console |
| Stay connected | Desk  |  Free newspaper  |  Free WiFi |
| Food and drink | Refrigerator (on request)  |  Microwave (on request) |
| More | Daily housekeeping  |  In-room safe (laptop compatible)  |  Connecting/adjoining rooms available |

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Improper dispersion: Hotel does not offer accessible rooms in this category with the effect that the charge for the accessible room demands a premium. This room rents for $619. The least expensive accessible room charges $699.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion.

## One King Bed, Bay View, Accessible

**Bathroom** [2/2]

1 King Bed
470-sq-foot (44-sq-meter) room with bay views

**Relax** - In-room massage available
**Internet** - Free Wi-Fi
**Entertainment** - 48-inch plasma TV with premium channels, pay movies, iPod dock
**Food & Drink** - 24-hour room service, minibar, microwave (on request), and refrigerator (on request)
**Sleep** - Pillowtop bed, hypo-allergenic bedding, a down duvet, blackout drapes/curtains, and turndown service
**Bathroom** - Private bathroom, separate bathtub and shower, bathrobes, and slippers
**Practical** - Laptop-compatible safe, free newspaper, and iron/ironing board; free rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 3 people (including up to 2 children)
### Bed choices
- 1 King Bed

**Extra beds available**
- Crib · Rollaway bed

More info: 866-539-8117

### Details

- Air conditioning
- Bathrobes
- Blackout drapes/curtains
- Connecting/adjoining rooms available
- Daily housekeeping
- Designer toiletries
- Desk
- Digital TV service
- Down comforter
- DVD player
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- HDTV
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe (laptop compatible)
- iPod docking station
- Iron/ironing board
- Microwave (on request)
- Minibar
- Number of bathrooms -
- Pay movies
- Pillowtop mattress
- Plasma TV
- Premium TV channels
- Private bathroom
- Refrigerator (on request)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console



**Bathroom** [2/2]

12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion. The photo of bathroom shows inaccessible tub and improper shower enclosure and shower spray unit configuration.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion.

### Deluxe Bay-View Accessible Room



2 Double Beds
470-sq-foot (44-sq-meter) room with bay views

Relax - In-room massage available
Internet - Free WiFi
Entertainment - 48-inch plasma TV with premium channels, pay movies, iPod dock
Food & Drink - 24-hour room service, minibar, microwave (on request), and refrigerator (on request)
Sleep - Pillowtop bed, hypo-allergenic bedding, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Private bathroom, separate bathtub and shower, bathrobes, and slippers
Practical - Laptop-compatible safe, free newspaper, and iron/ironing board
Comfort - Air conditioning and daily housekeeping
Need to Know - No cribs (infant beds) or rollaway/extra beds available
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 4 people (including up to 3 children)
**Bed choices**
 • 2 Double Beds

More Info: 866-539-3117

### Details

 • Air conditioning
 • Bathrobes
 • Blackout drapes/curtains
 • Connecting/adjoining rooms available
 • Daily housekeeping
 • Designer toiletries
 • Desk
 • Digital TV service
 • Down comforter
 • DVD player
 • Free newspaper
 • Free toiletries
 • Free WiFi
 • Hair dryer

 • HDTV
 • Hypo-allergenic bedding available
 • In-room climate control (air conditioning)
 • In-room massage available
 • In-room safe (laptop compatible)
 • iPod docking station
 • Iron/ironing board
 • Microwave (on request)
 • Minibar
 • Number of bathrooms -

 • Pay movies
 • Pillowtop mattress
 • Plasma TV
 • Premium TV channels
 • Private bathroom
 • Refrigerator (on request)
 • Room service (24 hours)
 • Separate bathtub and shower
 • Slippers
 • Turndown service
 • Video-game console







**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion. The photo of bathroom shows inaccessible tub and improper shower enclosure and shower spray unit configuration.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion.

**Deluxe Suite, 1 King Bed**

**1 King Bed**
1190-sq-foot (111-sq-meter) room with bay views

Relax - In-room massage available
Internet - Free WiFi
Entertainment - 48-inch plasma TV with premium channels, pay movies, iPod dock
Food & Drink - 24-hour room service, minibar, microwave (on request), and refrigerator (on request)
Sleep - Pillowtop bed, hypo-allergenic bedding, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Private bathroom, separate bathtub and shower, bathrobes, and slippers
Practical - Laptop-compatible safe, free newspaper, and iron/ironing board; free rollaway/extra beds and free cribs/infant beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib · Rollaway bed

More info: 866-539-8117

**Details**
- Air conditioning
- Bathrobes
- Blackout drapes/curtains
- Connecting/adjoining rooms available
- Daily housekeeping
- Designer toiletries
- Desk
- Digital TV service
- Down comforter
- DVD player
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer

- HDTV
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe (laptop compatible)
- iPod docking station
- Iron/ironing board
- Microwave (on request)
- Minibar
- Number of bathrooms -

- Pay movies
- Pillowtop mattress
- Plasma TV
- Premium TV channels
- Private bathroom
- Refrigerator (on request)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion.

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Inadequate dispersion. Unlike other rooms, this one offers no photo of bathroom.

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15

**ADA Deficiency:** No photos identifying accessible features.



16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





**ADA Deficiency:** Apparently inaccessible pool.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**ADA Deficiency:** No apparent marked passenger drop off zone.



**ADA Deficiency:** No apparent bar accessibility.

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24



25

**ADA Deficiency:** Non-compliant treatment tables.

26
27
28



**ADA Deficiency:** Inaccessible treatment area.

### 1ST PARTY BOOKING WEBSITE
### WWW.FOURSEASONS.COM/SEATTLE
### No Accessibility Information

**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.




**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs – inadequate dispersion of accessible rooms.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs – inadequate dispersion of accessible rooms.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs – inadequate dispersion of accessible rooms.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs – inadequate dispersion of accessible rooms.

1



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs – inadequate dispersion of accessible rooms.



**ADA Deficiency:** Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs – inadequate dispersion of accessible rooms.

**END**