Peter Strojnik,
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff,<br><br>vs.<br><br>Seattle Hotel Group, LLC  dba Four Seasons Seattle<br><br>Defendant. | Case No: 18-cv-1832-MAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Please take notice that Plaintiff voluntarily dismisses the above cause with prejudice with each party paying its own costs and fees.

RESPECTFULLY SUBMITTED this 22ND day of January, 2019.

**PETER STROJNIK**

_____
Plaintiff